1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGEL GIARMO,

     Petitioner,

vs.

THE STATE OF NEVADA,

     Respondent.

Case No. 2:15-cv-00726-RCJ-NJK

**ORDER**

     Petitioner has submitted an application to proceed in forma pauperis (#4) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court finds that petitioner is unable to pay the filing fee.  The court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and the court will serve the petition upon respondents for a response.

     Petitioner has submitted a motion for the appointment of counsel (#6).  Whenever the court determines that the interests of justice so require, counsel may be appointed to any financially eligible person who is seeking habeas corpus relief.  18 U.S.C. § 3006A(a)(2)(B).  "[T]he district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved."  Weygandt v. Look, 718 F.2d 952 (9th Cir. 1983).  There is no constitutional right to counsel in federal habeas proceedings.  McCleskey v. Zant, 499 U.S. 467, 495 (1991).  The factors to consider are not separate from the underlying claims, but are intrinsically enmeshed with them.  Weygandt, 718 F.2d at 954.  After reviewing the petition, the court declines to appoint counsel.

1      IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is

2  **GRANTED**.  Petitioner need not pay the filing fee of five dollars ($5.00).

3      IT IS FURTHER ORDERED that the clerk of the court shall file the petition for a writ of

4  habeas corpus pursuant to 28 U.S.C. § 2254.

5      IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General

6  for the State of Nevada, as counsel for respondents.

7      IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a

8  copy of the petition and this order.  In addition, the clerk shall return to petitioner a copy of the

9  petition.

10      IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date

11  on which the petition was served to answer or otherwise respond to the petition.  Respondents shall

12  raise all potential affirmative defenses in the initial responsive pleading, including lack of

13  exhaustion and procedural default.  Successive motions to dismiss will not be entertained.  If

14  respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing

15  Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five

16  (45) days from the date on which the answer is served to file a reply.

17      IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

18  separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments

19  that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

20  in the attachment.  The hard copy of any additional state court record exhibits shall be

21  forwarded—for this case—to the staff attorneys in Las Vegas.

22      IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if

23  appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or

24  other document submitted for consideration by the court.  Petitioner shall include with the original

25  paper submitted for filing a certificate stating the date that a true and correct copy of the document

26  was mailed to the respondents or counsel for the respondents.  The court may disregard any paper

27  received by a district judge or magistrate judge that has not been filed with the clerk, and any paper

28  received by a district judge, magistrate judge, or the clerk that fails to include a certificate of service.

1    IT IS FURTHER ORDERED that the motion for appointment of counsel (#6) is **DENIED**.

2    Dated:    July 24, 2015.

3

4                                        _____

5                                        ROBERT C. JONES
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28